IN THE CIRCUIT COURT OF ST. FRANCIS COUNTY, ARKANSAS

R E C E I V E D

~~~ 1 9 2014

Arkansas
Secretary of State

GLEN McCOOL,

    Plaintiff,

vs.

SCHNEIDER NATIONAL CARRIERS, INC.,
and SENGOUTHAY ANATHASANE,

    Defendants.

Case No.: 42 CV - 14 - 27
JURY TRIAL DEMANDED

# FILED

FEB 0 7 2014

TIME:_____ M
BETTE S. GREEN, CLERK
ST. FRANCIS COUNTY

## COMPLAINT

COMES the Plaintiff, Glen McCool, and for his Complaint against Defendants,

Schneider National Carriers, Inc. and Sengouthay Anathasane, by counsel, states and alleges the

following:

### PARTIES

1.    Plaintiff is a resident of 1124 Frayser Boulevard, Memphis, Tennessee 38104;

Defendant, Schneider National Carriers, Inc. ("Schneider") is a foreign corporation whose

corporate residence is 2777 S. Ridge Road, Green Bay, Wisconsin 53404; its Arkansas registered

agent for service of process is The Corporation Company, 124 W. Capitol Avenue, Suite 1900,

Little Rock, Arkansas 72201; that Sengouthay Anathasane is a resident of 820 Ashley Lane

Walk, Lawrenceville, Georgia 30043; his Arkansas agent for service of process, per A.C.A. § 16-

58-121(a), (b) is the Arkansas Secretary of State; that a motor vehicle accident occurred on

February 13, 2012 at 7:45 a.m. in which the parties were involved and in which they all have an

interest; that venue and jurisdiction are proper in this court as the occurrence here involved arose

along I-40 westbound in St. Francis County, Arkansas; accordingly, this court has personal

jurisdiction over all the parties hereto and the subject matter of this claim for personal injuries.

## FACTS

2.      That on February 13, 2012, at 7:45 a.m., Plaintiff, Glen McCool, while parked at a rest stop along I-40 near Forrest City, Arkansas, was involved in a collision with a tractor-trailer truck owned and driven by Defendant, Schneider National Carriers, Inc., and its agent, servant or employee, Sengouthay Anathasane, while acting within the course and scope of his employment with Defendant, Schneider; the Plaintiff's vehicle, a commercial van or truck,  was parked with due care at the rest stop, when Defendant's driver, Sengouthay Anathasane, lost control over his vehicle and backed into the front of Plaintiff's vehicle, causing his injury. Defendants are liable to Plaintiff for the following acts and omissions amounting to negligence, viz.:

(a)      Failure to maintain proper control of a motor vehicle as a driver and as a CDL-licensed professional driver in direct violation of Arkansas statute, the common law rules of the road and applicable Federal Motor Carrier Safety Regulations, Part 392, FMCSA Regulations;

(b)      Failure to exercise ordinary care under A.C.A. § 27-51-104(a), (b)(4), (6) and (8);

(c)      Failure to maintain a proper lookout and safe interval between vehicles;

(d)      Failure to brake and bring his vehicle to a stop or take evasive action to avoid the collision;

(e)      Improper parking and backing under A.C.A. § 27-51-1309; and

(f)      Colliding with a parked vehicle.

## DAMAGES

3.      That at the time of the accident, Plaintiff, Glen McCool, was a healthy, active and industrious man forty-five (45) years of age who worked as an on-site diesel lube technician  for

2U Mobile Lube; that Plaintiff sues for all the medical expenses that he incurred, his future medical expenses, pain and suffering, mental anguish, lost wages, impairment of his earning capacity, loss of enjoyment of life, and his disability, temporary and permanent that he has incurred and sustained as a result of Defendants' negligence; that Plaintiff suffered neck, head, and spine injuries and has required medical care since the accident, including two (2) spinal surgeries and shoulder surgery; that he incurred medical expenses of approximately $126,426.47; that he has also lost wages of $51,597.86 and was diagnosed with a permanently disabling spinal injury; that Plaintiff, Glen McCool, will incur additional medical expenses for physical therapy, diagnostic, pharmaceutical and spinal care for the foreseeable future.

(4)     That Plaintiff, Glen McCool, seeks judgment against Defendants for the damages claimed herein in the sum of Six Hundred Thousand ($600,000.00) Dollars; that Defendant, Schneider, is liable for the fault of its driver, Sengouthay Anathasane, who is also liable; that a trial by jury is demanded herein plus Plaintiff's costs, in addition thereto.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Glen McCool, seeks judgment against the Defendants, Schneider National Carriers, Inc., and Sengouthay Anathasane, jointly and/or severally, for Six Hundred Thousand ($600,000.00) Dollars; that a trial by jury is demanded herein plus his costs, and any other relief to which Plaintiff may hereafter be entitled.

Respectfully submitted,

HALLIBURTON & LEDBETTER

MARK LEDBETTER          AR# 74175
Attorney for Plaintiff       TN#17637
254 Court Avenue - Suite 305
Memphis, TN  38103
Phone: (901) 523-8153
Fax: (901) 523-8115

3